IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

EDWIN CLAUDE CORKERN,
VICKI DIANE CORKERN,
and MORGAN DIANA CORKERN,

       Plaintiffs,

v.                                 No. 1:12-cv-02811-JDB-egb

MERCK SHARP & DOHME CORP.,

       Defendant.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFFS' COMPLAINT
_____

On September 26, 2012, the Defendant, Merck Sharp and Dohme Corp., moved to dismiss the Plaintiffs, Edwin, Vicki, and Morgan Corkern's, complaint based on Plaintiffs' previous acceptance of a settlement. (Docket Entry, "D.E." 5.) Magistrate Judge Ed Bryant issued a report and recommendation finding that the Plaintiffs were barred from collecting in a civil action after they accepted an offer of settlement in accordance with 42 U.S.C. § 300aa-11, and that the complaint should be dismissed. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), and the time for filing objections has passed.  See Fed. R. Civ. P. 72(b).[1]

After a review of the magistrate judge's report and recommendation, the Court ADOPTS Judge Bryant's findings and recommendations, and DISMISSES the Plaintiffs' complaint against Merck Sharp and Dohme Corp.

IT IS SO ORDERED this 15th day of July, 2013.

_____

[1]The Plaintiffs filed a notice with this Court stating that they would not appeal the magistrate judge's report and recommendation. (D.E. 50.)

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE